IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIS SIDNEY SMITH,

    Petitioner,

v.                                               CASE NO. 4:13-cv-188-MW/CAS

STATE OF FLORIDA,

    Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed April 24, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The Clerk shall **transfer jurisdiction** of this cause to the United States District Court for the Southern District of Florida." The Clerk shall close the file.

SO ORDERED on May 10, 2013.

                                                    s/Mark E. Walker         
                                                    United States District Judge